UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA WILLIS ALBRIGO and ANITA JOHNSON, individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>Defendant. | Case No.: 23-CV-1797 JLS (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO TRANSFER ACTION TO THE DISTRICT COURT OF NEVADA**<br><br>(ECF No. 6) |

Presently before the Court is the Parties' Joint Motion to Transfer Action to the District of Nevada ("Joint Mot.," ECF No. 6), which is brought pursuant to 28 U.S.C. § 1404. Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated, the Court **ORDERS** the Clerk of the Court to **TRANSFER** this action to the United States District Court for the District of Nevada. The Court thus also **VACATES** all pending deadlines.

**IT IS SO ORDERED.**

Dated: November 27, 2023

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge